ACCEPTED
10-14-00269-CR
TENTH COURT OF APPEALS
WACO, TEXAS
2/20/2015 12:03:54 PM
SHARRI ROESSLER
CLERK

# NO. 10-14-00269-CR

FILED IN
10th COURT OF APPEALS
WACO, TEXAS
2/20/2015 1:49:00 PM
SHARRI ROESSLER
Clerk

## IN THE
## COURT OF APPEALS
## OF THE TENTH SUPREME JUDICIAL CIRCUIT

---

# JAMES GLYNN KEETON

**Appellant**

**V.**

# STATE OF TEXAS

**Appellee**

---

APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF MCLENNAN COUNTY, TEXAS
TRIAL COURT CAUSE NUMBER 2013-2046-CR2

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

LAW OFFICE OF STAN SCHWIEGER
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas   76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
E-mail: wacocrimatty@yahoo.com
February 20, 2015

JAMES GLYNN KEETON, Appellant, moves for an extension of thirty (30) days under TEX. R. APP. P. 10.5(6) to file Appellant's Brief and shows:

I.

JAMES GLYNN KEETON Appellant was convicted of the offense of Possession of Marijuana and given a sentence of 140 days in the McLennan County Jail. The brief was due on February 12, 2015.

II.
**REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE**

A.   ***The deadline for filing the extension***. TEX. R. APP. P. 10.5(b)(1)(A): March 5, 2015.

B.   ***The length of the extension sought***. TEX. R. APP. P. 10.5(b)(1)(B): Thirty (30) days.

C.   ***The facts relied upon to reasonably explain the need for the extension***. TEX. R. APP. P. 10.5(b)(1)(B):

   Appellant's attorney is a sole practitioner engaged in the general practice of law. Said attorney has a heavy caseload and has been engaged in other criminal matters. Appellant's Counsel currently has several briefs due to the Texas Court of Criminal Appeals, the United States Fifth Circuit, and this Honorable Court.

D.   ***Number of previous extensions granted for previous Motions for Extension***. TEX. R. APP. P. 10.5(b)(1)(D): None.

III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief.

Appellant prays that the Court grant this Motion and modify and extend the deadline for filing Appellant's brief to March 23, 2015, or that this Court grant such additional time as is just and proper.

Respectfully submitted,

**LAW OFFICE OF STAN SCHWIEGER**

*/s/ Stan Schwieger*

Stan Schwieger
600 Austin Avenue, Suite 12
P.O. Box 975
Waco, Texas 76703-0975
(254) 752-5678
(254) 752-7792—Facsimile
State Bar No. 17880500
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

A copy of this Motion was delivered to the McLennan County District Attorney's Office on February 20, 2015 by this Court's electronic filing service.


*/s/ Stan Schwieger*

Stan Schwieger